

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: 61744

JERRY BRANNON WALKER
(Enter above the full name of the plaintiff in this action)

vs.

OFFICER, MICHAEL ROBERSON

DISTRICT JUDGE JEH FAWIN.

(Enter above full name(s) of the defendant(s) in this action)

CV-16-BE-1006-E

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No ( L )

B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff: N/A

      Defendant(s): N/A

2. Court (if Federal Court, name the district; if State Court, name the county) _____

_N/A_

3. Docket number _____ _N/A_

4. Name of judge to whom case was assigned _N/A_

_N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

_N/A_

6. Approximate date of filing lawsuit _N/A_

_N/A_

7. Approximate date of disposition _____

I. Place of present confinement _Talladega County Jail_

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? _N/A_

2. What was the result? _denied_

D. If your answer is NO, explain why not: _denied_

II. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Gerry Brauron Walker,

Address Talladega County Jail
P.O. Box 5, Talladega Al 35161

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Officer Michael Roberson, District

Is employed as Talladega Drug Task Force officer

at 148 East Street Judicial Building

C. Additional Defendants Talladega Alabama 35161
Judge Jeb Fannin District Judge Northern
Talladega Al. 35160. 148 East Street

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Defendants Officer Michael Roberson, defendant District Judge Jeb Fannin the issuing Authority deliberately intentionally willfull and knowingly violated the United States Constitutional 4th 5th and the 14th Amendments when the defendant's Roberson

And defendant FANNIN violated plaintiff WALKERS Rights. They Restraint me of my Liberty and deprived me of my LIFE, liberty, property That were protected By the US Constitution.

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

(1) The State Authorities Be ordered to give plaintiff probable cause determination Hearing (2) plaintiff seek monetary damages, punitive damages (3) what soever the Court deem necessary and Appropriate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

SIGNATURE

ADDRESS

AIS #

Noticable Violations i'd like to bring to Attention!!

1. Highlighted Form Complaint, with no attached Affidavi[t]

2. Not a Neutral and Detached Judge.

3. Signatures of said Judge Jeb Fannin.
   (Noticable differences in these signatures)

4. On the Writ of Arrest, it shows that it was preferred by Gerry Brannon Walker.

How each defendant commit

(Circumstance)

On Feb 26, 2016, Gerry Brannon Walker was arrested, and placed in confinement at the Talladega County jail, for the alleged crime. Defendant Micheal Roberson says he has probable cause for believing and does believe that on or about the 11th day of Sep, 2015, Gerry Brannon Walker did Distribute a Controlled Substance to-wit Hydrocodone, to an undercover agent, while at or near the 1200 Block of Providence Road, Talladega County Alabama (See Ex. A)

On the 12th day of Jan, 2016 the defendant Micheal Roberson was acting in pursuant to an arrest warrant that was not based on Probable Cause. Defendant Roberson simply inserted, Mr. Walkers name and address into a previously prepared Form Complaint, that was unaccompanied by a seperate affidavit, that gave a general description of the alleged crime. Then defendant Roberson submitted his previously prepaired Form Complaint, to District Judge Jeb Fannin as the sole evidence supporting the issuance of the warrant.

The warrant Judge Jeb Fannin issued on Jan 12th 2016 failed to meet the minimal Constitutional Standards and is clearly Inadequate under well established Supreme Court Case Law. (SEE EX. A)

On Feb, 29th 2016, plaintiff Walker was ordered to an initial Appearance, for a determination of Probable cause. Again Judge Jeb Fannin could not and did not make a determination of Probable Cause from this Form Complaint unaccompanied by an attached detailed Affidavit. (See Exibit B)

Defendant officer Micheal Roberson and defendant Judge Jeb Fannin, should have known, or would have known by virtue of its incorporation into the fourteenth Amendment. The fourth amendment requires the state to provide a fair and reliable determination of probable cause, in a hearing, as a condition for any significant pretrial restraint of liberty. Defendant Fannin should have known that a probable cause determination must be made by a neutral, and detached Judicial official either before or promptly after the arrest. Defendant Roberson and defendant Fannin did not provide these requirements. These defendants willfully and knowingly restrained Mr. Walker of his liberty

Defendant Roberson and defendant Fannin also should have known or would have known that when a state deprives a person of his/her liberty after their arrest. The Constitution requires that it must be prepared to justify, not only the initial arrest, but the continued detention, as well. These defendants disregarded the U.S. Constitution, willfully, knowingly, and intentionally. Defendants infact deprived Mr. Walker of his life and restrained him of his liberty on a unconstitutional invalid warrant.

## Plaintiff Conditions

When defendant Micheal Roberson and defendant Jeb Fannin violated the U.S. Constitution, according to these documents (Ex. A and Ex. B) which clearly show the defendants practice was unconstitutional. This practice placed Mr. Walker in conditions that are plainly unconstitutional.

Defendant Roberson and defendant Fannin, restrained Mr. Walker of his liberty as well as his privilages and immunity

These defendants violated Mr. Walkers, constitutional, Civil, and American Citizen rights, as well as his human being rights. These defendants also took Mr. Walker away from his family and relationships. Mr. Walker also lost his job and livelyhood due to these defendants negligence.

Defendant Roberson and defendant Fannin did in fact cause, Mental, Emotional Depression due to prolonged detention and confinement caused by intensional, and unconstitutional actions of these negligent defendants.

## Statement of Claims

Defendants Roberson and defendant Fannins failure to comply with elementary principles of procedural due process of the Fourth, Fifth, and Fourteenth Amendments of equal protection and due process of law (42 USC § 1983) accordingly with the documents herein (EX: A & B)

Defendant Roberson and defendant Fannin willfully violated Mr. Walkers Fifth Amendment Rights. No one shall be deprived of life, liberty or property without due process of Law. Defendant Roberson did not provide the basics. No personal knowledge, nor underlying circumstances for Mr. Walkers arrest warrant. There for defendant Fannin issued a invalid warrant. Defendant Roberson and defendant Fannin also violated Mr. Walkers Fourteenth Amendment Rights, Equal protection of Law, not to be deprived of law. Purpose is to assure enjoyment of the right of citizens defined by the Fourteenth Amendment, mandates that no State shall deprived any person of life, Liberty or freedom. These defendants failed to do so. Defendant Fannin was not a Neutral and detached judicial officer, he did not make

judicial determination of Probable Cause. Also these defendant[s] did not provide due process of law, or equal protection of the law, they completely disregarded the U.S. Constitution and willfully violated Mr. Walkers Constitutional Rights as an American Citizen SEE (Ex. A and B).

## The Conduct of these Defendants.

Mr. Walker pleads that defendant Roberson and defendant Fannins conduct while commiting said violations, clearly shows statutory, and constitutional violation of Mr. Walkers Rights. Of which any law and or judicial official would have known. In light of these constitutional violations these defendants still proceeded to under mine the U.S. Constitution that both officials took an oath to uphold. And by doing so clearly violated Mr. Walkers civil rights in full.

Defendant Roberson and defendant Fannin should therefore be held liable in their individual, official, and supervisor capasity under color of state Law (US $ 1983)

EX BIT A.

VERIFIED 2/5/16

<u>AFFIDAVIT AND WARRANT OF ARREST</u>

DC-2016-181

| THE STATE OF ALABAMA, } | DISTRICT COURT |
|---|---|
| TALLADEGA COUNTY. } | OF TALLADEGA COUNTY, ALABAMA |

# COMPLAINT     ORIGINAL

Before me, the undersigned authority, personally appeared **Michael Roberson**, who being duly sworn, says on oath that he has probable cause for believing, and does believe, that in said county and State, on or about the **11th** day of September, 2015, one **Gerry Brannon Walker**,

Did unlawfully sell, furnish, give away, deliver or distribute a controlled substance, to-wit: **Hydrocodone** to an undercover agent, while at or near 1200 Block Providence Road, **Talladega**, Talladega County, Alabama, contrary to and in violation of Section 13A-12-211 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the ___12th___ day of January, 2016.

[ ✓ ] Judge    [ ] Clerk    [ ] Magistrate

---

**STATE OF ALABAMA, TALLADEGA COUNTY**                    **WRIT OF ARREST**
**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA — GREETINGS:**

You are hereby commanded to arrest: **Gerry Brannon Walker** and commit him to jail unless he gives bond in the sum of $ __25,000.00__ for his appearance in this Court on the 5th day of April, 2016, to answer the State of Alabama on a charge of Distribution of a Controlled Substance, preferred by **Gerry Brannon Walker**.

Dated this the ___12th___ day of January, 2016.

[ ✓ ] Judge    [ ] Clerk    [ ] Magistrate

BRIAN YORK DISTRICT COURT NORTHERN DIVISION 2016 MAR -4 AM 8:14

State's Witness: **Michael Roberson, DTF**
Case # 0915-0016TF

6114 2/26/16

| DEFENDANT'S ADDRESS: | Providence Road, Talladega, Alabama 35160 | | | |
|---|---|---|---|---|
| DOB: 02/24/1981 | RACE: W | SEX: M | | |
| SSN: 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 | HEIGHT: 6'0" | WEIGHT: 165 | HAIR: Blonde | EYES: Hazel |

JKM/gm/mr
RECEIVED /00
dg
RECEIVED 2/5/16
SHERIFF JIMMY KILGORE

Executing by arresting the within Defendant and committing to jail on the 20 day of Feb 2016
Josh S Brown

C EX.D #6

IN THE 29th JUDICIAL CIRCUIT OF ALABAMA

STATE OF ALABAMA,

VS.  ORDER OF INITIAL APPEARANCE

WALKER, GERRY

The Defendant was duly brought before this Court for Initial Appearance, charged with the criminal offense(s) of DISTRIBUTION OF CONTROLLED SUBSTANCE

at 2:58 o'clock P.M. Jan. 29, 200_, whereupon the Court:
1. (✓) Ascertained the true name and address of the defendant to be:
GERRY WALKER
1367 PROVIDENCE ROAD
TALLADEGA, AL 35160
2. (✓) Instructed the defendant to notify the court promptly of any change of address.
3. (✓) Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.
OR
{ } This is a warrantless hearing and the defendant was informed of the charges against him/her. The Court finds probable cause that the defendant committed the above crime, based on the testimony of _____, who is directed to obtain a warrant in this matter within 14 days, or appear at the next District Court preliminary hearing docket and explain to the Court why he has not done so.
4. (✓) Informed the defendant of the right to be represented by counsel and that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that if he/she was indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
5. (✓) Informed the defendant that he/she had the right to remain silent and that anything he/she said could be used against him/her.
6. (✓) Determined that the defendant may be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), A.R.Crim.P., which are that the defendant: (1) appear in Court; (2) refrain from committing any criminal act; (3) not depart the State without leave of Court.
(✓) Execution of a good and sufficient bond in the amount of $250,000.00
(✓) Random drug tests are hereby authorized and a reasonable fee may be charged by the State.
{ } Other conditions of bond: _____

7. (✓) Informed the defendant of the right to demand a preliminary hearing under Rule 5.1, A.R.Crim.P., and of the procedure by which that right may be exercised and Ordered the Clerk of the Court to set the case on the next available docket.

Date: 02/29/2016

_____
Judge/Magistrate