# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| GERRY BRANNON WALKER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 1:16-cv-01006-KOB-HGD |
| | ) | |
| OFFICER MICHAEL ROBERSON, | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 21, 2017, recommending that the court dismiss this action without prejudice for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). (Doc. 16). No party filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate's report and ACCEPTS his recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), the court finds that this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 31st day of May, 2017.

_____

KARON OWEN BOWDRE

CHIEF UNITED STATES DISTRICT JUDGE